**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX 0

CHECK NUMBER
3008

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

UNCLAIMED FUNDS

DATE: 3/25/2009
AMOUNT: *******1,272.53

2224415

PAY TO THE ORDER OF

CASE NUMBER 04-55671
Debtor: DATUSCH, BRYON KEITH
Joint Debtor: DATUSCH, AMY GAYLE

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

One Thousand Two Hundred Seventy Two Dollars And 53/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆003008⑆ ⑆111000012⑆ 4429550658⑆

---

| Date: 3/25/2009 | Check Number: 3008 | Amount: $1,272.53 |
|---|---|---|

Case Number 04-55671
Debtor Name: DATUSCH, BRYON KEITH

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>DAN M. RUSSELL, JR. U.S. COURTHOUSE<br>2012 15TH STREET, SUITE 244<br>GULFPORT, MS 39501 | Trustee: | KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 |
|---|---|---|---|

Description: UNCLAIMED FUNDS

Bank Account Number: 4429550658



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  BRYON KEITH DATUSCH AND
AMY GAYLE DATUSCH, DEBTORS

CASE NO.: 04-55671-NPO
CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW, Kimberly R. Lentz, Chapter 7 Trustee, and submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:      Southwest Student Services Corporation (Claim No. 1-1)

AMOUNT:    $432.87

REASON:    Creditor did not negotiate check and the envelope addressed to the creditor was returned to the Trustee as not deliverable as addressed and unable to forward.

PAYEE:      David T. Fleming, M.D. (Claim No. 2-1)

AMOUNT:    $11.93

REASON:    Creditor did not negotiate check and the envelope addressed to the creditor was returned to the Trustee as not deliverable as addressed and unable to forward.

PAYEE:      Check Exchange of Meridian (Claim No. 3-1)

AMOUNT:    $827.73

REASON:    Creditor did not negotiate check and the envelope addressed to the creditor was returned to the Trustee as not deliverable as addressed and unable to forward.

Respectfully Submitted on this 25th day of March, 2009.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ, TRUSTEE

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, United States Trustee : USTPRegion05.JA.ECF@usdoj.gov

I further certify that I have mailed a true and correct copy of said document to:

| | |
|---|---|
| Southwest Student Services Corp.<br>Post Office Box 41150<br>Mesa, AZ 85274 | David T. Flemming, M.D.<br>346 Crossgates Blvd., Suite 20<br>Brandon, MS 39042 |

Check Exchange of Merdian
93 S. Frontage Rd
Merdian, MS 39301

This the 25th day of March, 2009.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ